**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-1812**

―――――――――

DOROTHY P. LITZENBERG,

Plaintiff - Appellant,

versus

JOHN H. LITZENBERG,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-97-1731-JFM)

―――――――――

Submitted: September 11, 1997     Decided: September 19, 1997

―――――――――

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Dorothy P. Litzenberg, Appellant Pro Se. John H. Litzenberg,
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her civil action as frivolous. Appellant asserts that two cases, remanded in 1986 by the Maryland Court of Appeals, were improperly transferred from Cecil County, Maryland, to Harford County, Maryland, that opposing counsel in the cases had financial ties to the presiding circuit court judge, and that the circuit court judge failed to recuse himself from the case. These issues were previously disposed of by this Court in <u>Litzenberg v. Litzenberg</u>, No. 97-1472 (4th Cir. June 17, 1997) (unpublished). Thus, this appeal is barred by res judicata. Accordingly, we affirm. <u>Litzenberg v. Litzenberg</u>, No. CA-97-1731-JFM (D. Md. May 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2